IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-00266-M

| | | |
|---|---|---|
| RICHARD C. BRYANT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTINE E. WARMUTH, *Secretary,* | ) | |
| *U.S. Department of the Army,* | ) | |
| Defendant. | ) | |

This matter is before the court on pro se Plaintiff's "Request to Register and to File Pleadings via the Court Electronic Case Filing (ECF) System" [DE-7]. Local Civil Rule 5.1 governs the filing and service of papers in this court. Under the subheading of "Filing Users," the rules state that "[o]nly an attorney who is registered in CM/ECF may file documents electronically." Local Civil Rule 5.1(b)(1). However, "[a] pro se party who is not incarcerated may register to be a receiving user of CM/ECF . . . but may not file electronically." Local Civil Rule 5.1(b)(2). Pursuant to the Local Civil Rules, the motion is GRANTED IN PART and DENIED IN PART. Plaintiff is allowed to be a "receiving user" of CM/ECF, assuming he complies with the registration requirements, but is not allowed to be a "filing user."

The United States District Court for the Eastern District of North Carolina has developed a guide intended to help people who choose to prosecute or defend a civil case in this court without the assistance of an attorney. The Clerk of Court is DIRECTED to mail a copy of this guide, entitled "Representing Yourself in a Civil Case: A Guide for the Pro Se Litigant," to Plaintiff's attention along with the "Pro Se Consent & Registration Form to Receive Documents Electronically."

SO ORDERED this the 7th day of July, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE